1  DAVID P. MASTAGNI (SBN 57721)
   AMANDA UHRHAMMER (SBN 199445)
2  WILL M. YAMADA (SBN 226669)
   **MASTAGNI, HOLSTEDT, AMICK,**
3  **MILLER, JOHNSEN & UHRHAMMER**
   *A Professional Corporation*
4  1912 "I" Street
   Sacramento, California 95814
5  Telephone:   (916) 446-4692
   Facsimile:   (916) 447-461
6

7  Attorneys for Plaintiffs

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 | INTERNATIONAL UNION OF                | ) | Case No.: **2:06-CV-00957-WBS-KJM** |
   | OPERATING ENGINEERS, LOCAL 3          | ) |                                      |
12 | an unincorporated association; JOHN   | ) | **STIPULATION AND ORDER**           |
   | BONILLA, as Business Manager of the   | ) | **CONTINUING THE STATUS (PRETRIAL** |
13 | INTERNATIONAL UNION OF                | ) | **SCHEDULING) CONFERENCE**          |
   | OPERATING ENGINEERS, LOCAL            | ) | (As Modified)                        |
14 | UNION NO. 3;                          | ) |
   |                                       | ) |
15 |              Plaintiffs,              | ) |
   |                                       | ) |
16 | v.                                    | ) |
   |                                       | ) |
17 |                                       | ) |
   | ZURICH NORTH AMERICA,                 | ) |
18 | SURETY AND FINANCIAL                  | ) |
   | CLAIMS; ZURICH AMERICAN               | ) |
19 | INSURANCE COMPANY; ZURICH             | ) |
   | NORTH AMERICAN INSURANCE              | ) |
20 | COMPANY; AMERICAN ZURICH              | ) |
   | INSURANCE COMPANY; ZURICH             | ) |
21 | NORTH AMERICA; FIDELITY AND           | ) |
   | DEPOSIT COMPANY OF                    | ) |
22 | MARYLAND; F&D FINANCIAL               | ) |
   | SERVICES; THE ZURICH NORTH            | ) |
23 | AMERICA COMPANIES; and DOES           | ) |
   | 1-100, inclusive,                     | ) |
24 |                                       | ) |
   |              Defendants.              | ) |
25 |                                       | ) |

26         Plaintiffs International Union of Operating Engineers, Local 3 ("Union") and John Bonilla

27  ("Bonilla") (the Union and Bonilla as the "Plaintiffs") and defendant Fidelity and Deposit Company

28  of Maryland ("F&D") (Plaintiffs and F&D as the "Parties"), through their respective counsel,

---

Stipulation and [Proposed] Order Continuing                    IUOE, LOCAL 3 V. ZURICH OF NORTH AMERICA, et al.
The Status (pretrial scheduling) Conference                    Case no. 2:06-cv-957

1  respectfully submit the following stipulation and request:

2      1.    The Plaintiffs filed their original complaint on May 1, 2006. The Plaintiffs filed a first
3  amended complaint on May 10, 2006. Other than the stipulation referenced below, no previous time
4  modifications in this case were requested or granted.

5      2.    The Parties request that this Court continue the initial Status Conference, presently
6  scheduled for July 31, 2006, and to continue the deadline to submit the Joint Status Report, by thirty
7  (30) days pursuant to Federal Rules of Civil Procedure 6(a). The continuance is requested because
8  the Parties are attempting to resolve a range of procedural and substantive issues including the
9  appropriateness of whether some of the named defendants in this action should or should not be
10 dismissed, to confirm which defendants, if any, have been properly served and to clarify the issue
11 of subject matter jurisdiction. On July 12, 2006, the Parties entered into a stipulation extending time
12 for defendants to file a responsive pleading by 30 days so that the Parties may attempt to resolve
13 these issues informally and in good faith.

14     3.    Good cause exists to grant the continuance because it would save the Parties and the
15 Court resources and time if the Parties can resolve the foregoing issues informally. In addition, the
16 Parties believe that the initial Status Conference and a Rule 26(f) meeting would not be productive
17 or as productive unless the foregoing issues are first addressed and resolved. Continuance is also
18 appropriate because it will have only a minimal effect on the scheduling of this case.

19

20                              **MASTAGNI, HOLSTEDT, AMICK,**
21 Dated: July 12, 2006                  **MILLER, JOHNSEN & UHRHAMMER**

22

23                              By: /s/
                                   DAVID P. MASTAGNI,
24                                    Attorney for Plaintiffs

25                           **SEDGWICK, DETERT, MORAN & ARNOLD**
26 Dated: July 12, 2006

27                              By: /s/
                                   CALVIN WHANG,
28                                    Attorney for Defendant
                                   FIDELITY AND DEPOSIT
                                   COMPANY OF MARYLAND

ORDER

The Stipulation and Order Continuing the Status (pretrial scheduling) Conference and submission of the Joint Status Report for thirty (30) days from July 31, 2006, is hereby adopted by the Court for the case and the parties are ordered to comply with this order. The status conference is continued to September 11, 2006 at 9:00 a.m. The parties' Joint Status Report shall be filed by August 28, 2006.

Dated: July 17, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stipulation and [Proposed] Order Continuing
The Status (pretrial scheduling) Conference    -3-    IUOE, LOCAL 3 V. ZURICH OF NORTH AMERICA, et al.
Case no. 2:06-cv-957