1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   MICHAEL R. DAVISSON  Bar No. 83278
2  michael.davisson@sdma.com
   SUSAN KOEHLER SULLIVAN  Bar No. 156418
3  susan.sullivan@sdma.com
   CALVIN S. WHANG  Bar No. 215945
4  calvin.whang@sdma.com
   801 South Figueroa Street, 18th Floor
5  Los Angeles, California 90017-5556
   Telephone: (213) 426-6900
6  Facsimile: (213) 426-6921

7  Attorneys for Defendant

8  DAVID P. MASTAGNI (SBN 57721)
   AMANDA UHRHAMMER (SBN 199445)
9  WILL M. YAMADA (SBN 226669)
   MASTAGNI, HOLSTEDT, AMICK,
10 MILLER, JOHNSEN & UHRHAMMER
   *A Professional Corporation*
11 1912 "I" Street
   Sacramento, California 95814
12 Telephone:     (916) 446-4692
   Facsimile:     (916) 447-461

13
   Attorneys for Plaintiffs
14

15

16              UNITED STATES DISTRICT COURT

17            EASTERN DISTRICT OF CALIFORNIA

18

19 INTERNATIONAL UNION OF            CASE NO. CV 06-00957-WBS (KJM)
   OPERATING ENGINEERS, LOCAL 3, *et*
   *al.*
20
             Plaintiff,              [~~PROPOSED~~] **STIPULATION AND**
21                                   **ORDER TO DISMISS ENTIRE ACTION**
          v.                         **WITHOUT PREJUDICE**
22
   FIDELITY AND DEPOSIT COMPANY OF
23 MARYLAND; and DOES 1-100, inclusive,
                                     HON. WILLIAM B. SHUBB
24           Defendants.

25

26

27         Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiffs

28 International Union of Operating Engineers, Local 3 and John Bonilla ("Plaintiffs") and Defendant

PDF created with pdfFactory trial version www.pdffactory.com

1  Fidelity and Deposit Company of Maryland ("Defendant") by their respective counsel, hereby

2  stipulate that pursuant to a tolling agreement, all of the Plaintiffs' claims in this action are hereby

3  dismissed without prejudice and that each party shall bear its own costs and attorneys' fees.  The

4  parties further stipulate that any prior dismissal in any other court on the same claim will not

5  operate as an adjudication on the merits as provided for in Federal Rule 41(a)(1)(ii).

6

7  DATED: March 22, 2007          SEDGWICK, DETERT, MORAN & ARNOLD LLP

8

9                                 By: ___/s/  Susan Koehler Sullivan_____
                                    Michael R. Davisson
10                                  Susan Koehler Sullivan
                                    Calvin S. Whang
11                                  Attorneys for Defendant
                                    FIDELITY AND DEPOSIT COMPANY OF
12                                  MARYLAND

13

DATED: March 22, 2007          MASTAGNI, HOLSTEDT, AMICK, MILLER, JOHNSEN &
14                                 UHRHAMMER

15

16                                 By: ___/s/  Will M. Yamada_____
                                    David P. Mastagni
17                                  Amanda Uhrhammer
                                    Will M. Yamada
18                                  Attorneys for Plaintiffs
                                    INTERNATIONAL UNION OF OPERATING
19                                  ENGINEERS, LOCAL 3 and JOHN BONILLA

20

21                          **O R D E R**

           Based upon the stipulation of the parties and for good cause appearing:
22

           **IT IS SO ORDERED.**
23

24

Dated:  March 26, 2007
25

26

           WILLIAM B. SHUBB
27         UNITED STATES DISTRICT JUDGE

28

PDF created with pdfFactory trial version www.pdffactory.com